IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

_____

IN RE: COOK MEDICAL, INC.,
IVC FILTERS MARKING,                             1:14-ml-02570-RLY-TAB
SALES PRACTICED AND
PRODUCTS LIABILITY LITIGATION MDL                MDL No: 2570

_____

This Document Relates to Plaintiff(s):
 DONN DAVIS

Civil Case # 1:20-cv-992

_____

## SHORT FORM COMPLAINT

COMES NOW the Plaintiff(s) named below, and for Short Form Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2570 by reference (Document 213). Plaintiff(s) further show the court as follows:

1. Plaintiff's/Deceased Party:
    Donn Davis.
    _____

2. Spousal Plaintiff/Deceased Party's spouse or other party making loss of consortium claim:
    N/A.
    _____

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):
    N/A.
    _____

4. Plaintiff's/Deceased Party's state of residence at the time of implant:
    New Mexico.
    _____

5. Plaintiff's/Deceased Party's state of residence at the time of injury:
    New Mexico.
    _____

6. Plaintiff's/Deceased Party's current state of residence:
   New Mexico.

7. District Court and Division in which venue would be proper absent direct filing:
   District of New Mexico - Las Cruces Division.

8. Defendants (Check Defendants against whom Complaint is made):
   - [✓] Cook Incorporated
   - [✓] Cook Medical LLC
   - [✓] William Cook Europe ApS

9. Basis of Jurisdiction:
   - [✓] Diversity of Citizenship
   - [ ] Other: _____

   a. Paragraphs in Master Complaint upon which venue and jurisdiction lie:
   Paragraphs 27 and 28; Paragraphs 23, 24, 25, and 26.

   b. Other allegations of jurisdiction and venue:
   N/A.

10. Defendant's Inferior Vena Cava Filter(s) about which Plaintiff(s) is making a claim (check applicable Inferior Vena Cava Filters):
    - [ ] Günther Tulip® Vena Cava Filter
    - [✓] Cook Celect® Vena Cava Filter
    - [ ] Gunther Tulip Mreye
    - [ ] Cook Celect Platinum
    - [ ] Other: _____

11. Date of Implantation as to each product:
    July 16, 2012.

12. Hospital(s) where Plaintiff was implanted (including City and State):
    University Medical Center; Las Vegas, NV.

13. Implanting Physician(s):
    Richard L. Ontengco, M.D.

14. Counts in the Master Complaint brought by Plaintiff(s):

    [✓] Count I:     Strict Products Liability – Failure to Warn

    [✓] Count II:    Strict Products Liability – Design Defect

    [✓] Count III:   Negligence

    [✓] Count IV:    Negligence Per Se

    [✓] Count V:     Breach of Express Warranty

    [✓] Count VI:    Breach of Implied Warranty

    [✓] Count VII:   Violations of Applicable  New Mexico  (insert State) Law
         Prohibiting Consumer Fraud and Unfair and Deceptive Trade Practices

    [ ] Count VIII:  Loss of Consortium

    [ ] Count IX:    Wrongful Death

    [ ] Count X:     Survival

    [✓] Count XI:    Punitive Damages

    [ ] Other: _____ (please state the facts supporting this
         Count in the space, immediately below)

☐ Other: _____ (please state the facts supporting this Count in this space, immediately below)

_____

_____

_____

_____

_____

15. Attorney for Plaintiff(s):
    Robert J. Fenstersheib.
    _____

16. Address and bar information for Attorney for Plaintiff(s):
    520 W. Hallandale Beach Blvd.
    _____
    Hallandale, FL 33009
    _____
    Florida Bar #307300
    _____

Respectfully Submitted,

*/s/ Robert J. Fenstersheib*

_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com

## CERTIFICATE OF SERVICE

I hereby certify that on  3/30/2020  , I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

/s/ Robert J. Fenstersheib
_____
Robert J. Fenstersheib
Florida Bar #307300
Fenstersheib Law Group, P.A.
520 Hallandale Beach Blvd.
Hallandale, FL 33009
P: (954) 456-2488
F: (954) 212-2757
Email: rjf@fenstersheib.com